IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DARLENE H. EDMONDS,         ) | |
| Plaintiff,         ) | |
| v.         ) | Case No. 7:15-cv-01421-TMP |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, *et al*.,         ) | |
| Defendants.         ) | |

## ORDER OF DISMISSAL

The parties in the above-styled cause filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, reciting that they stipulate to the dismissal of this action, with prejudice.  (Doc. 27). Although a court order is unnecessary, it is **ORDERED** that the above-styled action and all claims contained therein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.  Accordingly, the telephone conference set for December 18, 2015, is **CANCELLED**.

**DONE** and **ORDERED** on December 15, 2015.

_____

                    T. MICHAEL PUTNAM
                    UNITED STATES MAGISTRATE JUDGE